IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                       Plaintiff,                    ORDER

   v.

                                                           10-cr-151-wmc

MICHAEL C. FUNK,

                       Defendant.
_____

At a December 14, 2011 telephonic status conference, the parties agreed that in light of the conclusion in the November 29, 2011 forensic report that defendant Michael Funk currently is legally competent.

Therefore, it is ORDERED that defendant Michael C. Funk shall be returned promptly to this court for further proceedings in this case.

Further, because of legitimate concerns that a lengthy trip from Devens to Madison will cause Funk's fragile current state of competency to crumble, the court directs that the U.S. Marshals Service use all reasonable means to ensure that Funk is returned to Madison by as directly and quickly as possible.

Entered this 27th day of December, 2011.

                                    BY THE COURT:

                                    /s/

                                  STEPHEN L. CROCKER
                                Magistrate Judge